# In the United States Court of Federal Claims

No. 15-663C
(Filed August 3, 2015)
NOT FOR PUBLICATION

```
* * * * * * * * * * * * * * * *  *
                                 *
                                 *
                                 *
OXFORD DEVELOPMENT CO.,          *
                                 *
            Plaintiff,           *
                                 *
      v.                         *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant,           *
                                 *
      and,                       *
                                 *
CAMBRIDGE HEALTHCARE             *
SOLUTIONS PA LP,                 *
                                 *
            Defendant-Intervenor. *
                                 *
* * * * * * * * * * * * * * * * * *
```

## ORDER

The government has moved to amend paragraph seven of the protective order to add personnel of the U.S. General Services Administration (GSA) to the list of persons automatically entitled to access protected information. Plaintiff does not oppose this motion. Chambers has contacted counsel for defendant-intervenor Cambridge Healthcare Solutions PA LP, who indicated that it opposed the motion but would not file any written opposition.

The Court is normally reluctant to expand access to protected material beyond personnel of the procuring agency or the Department of Justice, or to allow use of this material for purposes other than the protest being litigated. *See, e.g.*, *CBY Design Builders v. United States*, No. 11-740, 2011 WL 5402686, *1 (Fed. Cl. Nov. 8, 2011). Such concerns are not raised by the motion under consideration. In this

matter, the Department of Veterans Affairs has acted pursuant to a delegation of authority from the GSA, and the government maintains that the application of GSA's acquisition regulations may be at issue. This is a legitimate basis for including GSA personnel within the automatic access provision for purposes of this litigation. Good cause having been shown, the government's motion is **GRANTED**, and the amended protective order will be issued separately.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge